MR
24CV2171
RECEIVED MCP
3/15/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
JUDGE JENKINS
MAGISTRATE JUDGE VALDEZ
RANDOM CAT 3

United States District Court for the Northern District of Chicago

| | |
|---|---|
| Tyrone Hurt<br>(see: Haines v. Kerner, 1972)<br>317 Kentucky Ave. S.E.<br>#21 W.D.C., 20003<br><br>Plaintiff<br><br>vs.<br><br>U.S. Constitution, (1658-)(1775)<br>(see: Haines v. Kerner, 1972)<br><br>and<br><br>The American Heritage College<br>Dictionary<br><br>Defendant,<br><br>vs.<br><br>Chief of Police and all, law<br>enforcement officials, et al.<br>within the center-of-the-world,<br>W.D.C.<br><br>vs.<br><br>United States of America, | Civil<br>Action<br>No: |

Complaint

1. Jurisdiction of this Honorable Court is pursuant to Title 42, Section 1983, U.S.C., Title 28, Section 1330,

U.S.C., Title 28, Section 1331 & 1332; U.S.C., Title 28, Section 1975, U.S.C.

2. I am a citizen to the D.C., and to the U.S.A.
3. I demand a trial by a jury on all the issues involved.
4. The amount in controversy exceeds $75,000.00 dollars exclusive to interest and costs.

### Statement to the Facts to the Case
### Memorandum to Law

1. The Plaintiff respectfully states that for this Honorable Court to: See: U.S. Constitution, (1608-) (1775-); See: Policing Act; human rights, inasmuch, on the date of November 21, 2023, was three (3) armed law enforcement officials, questions was Plaintiff illegally concerning was music to a stereo, owned by was Plaintiff, within was Plaintiff's residency at 319 Kentucky Ave. S.E. #2; W. D.C., 20003, for approximately, time (5) minutes, in violation to restriction no-knock warrants - See: Nat'l. Judicial Branch to Government; and to: See: Nat'l. George Floyd Tribute in Policing Act; Also; See: Nat'l. The killing to an emergency hospital worker, Ms. Breonna Taylor, by armed law enforcement officials, upon her to being unarmed in violation to "To protect and serve, 1864 to

[3]

1930-) as opposed to, i.e.; "common police abuse - (1861-1930s)" and her civil rights, in, being lodged within this nation, as, therefore, said Plaintiff, call, on, said, immediate, urgency, to said information of the International Courts to Justice - (1946) to crimes to aggression and crimes against humanity; International Criminal Court - (1946) (Hague, Netherlands) as, said child to police and all, law enforcement officials, et. al., as, defendants, et. al., as, US, Constitutional (1608)(1775) violators, within the United States to America, one to be placed into permanent exile, expellment and expulsion from this nation.

<u>Motion to proceed in forma pauperis, pursuant to Title 28, Section 1915, U.S.C.</u>

Comes now, Tyrone Hurt, the Plaintiff, and respectfully moves the Honorable, U.S. District Court for the Northern District to Chicago, for leave to proceed in forma pauperis, pursuant to Title 28, Section 1915, U.S.C., for the following reasons:

1. The Plaintiff respectfully states that because to my poverty, that I am unable to pre-pay the said, interior taxes for the filing of ongoing complaints, and that said Plaintiff to be allowed and permitted to proceed in forma

pauperis, pursuant to Title 28, section 1915, U.S.C.,

<u>Memorandum of Law</u>
See: U.S. Constitution, (1608) (1775-);
See: Title 28, section 1915, U.S.C.;
See: Black's Law Dictionary – (2004);
See: The American Heritage College Dictionary – (2004);
See: Rivens v. Six (6) Unknown Narcotics Agents – (1971)

<u>Relief</u>

1. The Plaintiff seeks, with immediate urgency, to the intervention by the International Court of Justice – (1946-) by crimes of aggression and crimes against humanity; International Criminal Court – (1946-) (Hague, Netherlands); and that said defendants, et al., to be placed into permanent exile, expellment, and expulsion from this Nation. The Plaintiff seeks one (1) billion dollars in punitive and monetary damages against said defendants, et al.

Affidavit of Poverty,
pursuant to Title 28,
section 1915, U.S.C.

I, Tyrone Hurt, the Plaintiff, do respectfully state that because of my poverty, that I am unable to pre-pay the said court fees for the filing of the

foregoing complaint, that I am unable to give surety for the same, that I believe that I am entitled to the redress that I now seek.

## Certification of Service

I, Tyrone Hurt, the Plaintiff, do respectfully state that I have upon this 23rd day of Jan; 24, have sent the foregoing complaint, to the U.S. District Ct. for the Northern District of Georgia, to make service upon the Atty. for the Defendants, et.al.

Respectfully Submitted,

S/ Tyrone Hurt
(Plaintiff, Pro-Se)
(Haines v. Kerner, 1972)



Tyrone Hurt
Apt 2
317 Kentucky Ave SE
Washington, DC 20003-2325

CAPITAL DISTRICT 208

8 MAR 2024 PM 2 L



RECEIVED
24 MAR 15 AM 8:06

To: Clerk to the Court
Chiefs Judge
United States District Court
For the Northern District of Chicago
All 219 South Dearborn Street,
Chicago, Illinois
60604